# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frank Venniro,<br><br>    Plaintiff,<br><br>v.<br><br>J.P. Morgan Securities LLC,<br><br>    Defendant. | No. CV-20-01902-PHX-DGC<br><br>**ORDER** |

Pending before the Court is the parties' Stipulation of Dismissal with Prejudice. Doc. 37.

**IT IS HEREBY ORDERED** the stipulation (Doc. 37) is **granted**. This action is dismissed with prejudice, with no award of attorneys' fees or costs to either side.

Dated this 3rd day of November, 2021.

_David G. Campbell_
David G. Campbell
Senior United States District Judge